1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  CLETE REO HART,                          No.  2:14-cv-0027 AC P

12                 Plaintiff,

13         v.                                 ORDER

14  DR. MORLENSTERN, et al.,

15                 Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18  U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis affidavit or paid the

19  required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided the opportunity

20  either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to

21  submit the appropriate filing fee.

22         In accordance with the above, IT IS HEREBY ORDERED that:

23         1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit in

24  support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or

25  the appropriate filing fee; plaintiff's failure to comply with this order will result in a

26  recommendation that this action be dismissed; and

27  /////

28  /////

1

1      2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

2  Forma Pauperis By a Prisoner.

3  DATED: January 10, 2014

4

_____

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28