UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLETE REO HART,

    Plaintiff,

v.

DR. MORLENSTERN, et al.,

    Defendants.

No. 2:14-cv-00027 JAM AC P

ORDER

    Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

    Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. See ECF Nos. 5, 9. Review of court records reveals that plaintiff is a "three strikes" litigant pursuant to 28 U.S.C. §1915(g). In Hart v. California Medical Facility, 2:13-cv-1961MCE EFB P (E.D. Cal.), the district court denied plaintiff's request to proceed in forma pauperis on November 6, 2013, adopting findings that the following actions constituted "strikes":

    (1) Hart v. Trust Account Office, 2:05-cv-1668 FCD DAD P (dismissed July 14, 2006 as duplicative and frivolous[1]);

    (2) Hart v. Bigney, 2:05-cv-2063 MCE DAD P (dismissed July 17, 2006 as frivolous and

---

[1] See Hart v. California Medical Facility, 2:13-cv-1961 MCE EFB P, ECF No. 9 at 2, n.1 (noting that the action which was dismissed as duplicative was also frivolous and constituted a "strike").

1

—


1  for failure to state a claim); and

2  (3) <u>Hart v. CMF</u>, 2:06-cv-0470 LKK KJM P (dismissed January 26, 2007 as frivolous).

3  Having independently reviewed the records of these actions, the undersigned agrees that all three dismissals were "strikes."  Plaintiff is therefore precluded from proceeding in forma pauperis in this action unless plaintiff is "under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).  Plaintiff has not alleged any facts which suggest that he is under imminent danger of serious physical injury.  Thus, plaintiff must submit the appropriate filing fee in order to proceed with this action.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within twenty-one days from the date of this order, the appropriate filing fee.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: March 5, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE