UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLETE REO HART,<br><br>                    Plaintiff,<br><br>       v.<br><br>DR. MORLENSTERN, et al.,<br><br>                    Defendants. | No. 2:14-cv-00027-JAM-AC-P<br><br><br>FINDINGS & RECOMMENDATIONS |

By an order filed March 5, 2014, plaintiff was determined to be a "three strikes" litigant pursuant to 28 U.S.C. § 1915(g). He was ordered to pay the $400 filing fee for this action within twenty-one days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. That period has now expired, and plaintiff has not paid the appropriate filing fee.

IT IS HEREBY RECOMMENDED that that plaintiff's request for leave to proceed in forma pauperis be denied and this action be dismissed without prejudice to re-filing upon pre-payment of the $400 filing fee. See 28 U.S.C. §§ 1914(a), 1914 (District Court Miscellaneous Fee Schedule, No. 14), 1915(g).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, any party may file written

1

1  objections with the court and serve a copy on all parties.  Such a document should be captioned
2  "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
3  objections shall be served and filed within fourteen days after service of the objections.  The
4  parties are advised that failure to file objections within the specified time may waive the right to
5  appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
6  DATED: April 16, 2014

    _/s/ Allison Claire_
    ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE